Form 132 − 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16571−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Aneudy Valerio                                       Faith M Eckert
   135 E. Rosedale Avenue                aka Faith Marie Eckert
   Northfield, NJ 08225                   135 E. Rosedale Avenue
                                                   Northfield, NJ 08225

Social Security No.:
  xxx−xx−1897                                  xxx−xx−1478

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:               11/9/22
Time:              10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 12, 2022
JAN:

                                                           Jeanne Naughton
                                                           Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16571-ABA
Aneudy Valerio  Chapter 13
Faith M Eckert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4
Date Rcvd: Sep 12, 2022     Form ID: 132     Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aneudy Valerio, Faith M Eckert, 135 E. Rosedale Avenue, Northfield, NJ 08225-2441 |
| 519685928 | | Goldman Sachs And Co, Goldman Sachs Bank Usa, Philadelphia, PA 19176 |
| 519685930 | #+ | HUD, 100 East Penn Square, Philadelphia, PA 19107-3324 |
| 519702111 | + | Law Offices of Frederic Weinberg &, Assoc, 1200 Laurel Oak Rd., Ste 104, Voorhees, NJ 08043-4317 |
| 519685936 | + | Meridian Bank, 9 Old Lincoln Hwy, Malvern, PA 19355-2551 |
| 519702114 | + | Roger Anthony & Melodie Crosby, 225 W. Leeds Avenue Unit 2, Pleasantville, NJ 08232-1265 |
| 519685941 | + | SBA Loan, 2 North 20th Street, Ste 320, Birmingham, AL 35203-4002 |
| 519702113 | + | Selip & Stylianou LLP, 10 Forest Avenue, PO Box 914, Paramus, NJ 07653-0914 |
| 519702109 | + | US Dept. HUD, 100 East Penn Square, Philadelphia, PA 19107-3380 |
| 519702115 | + | Volkswagon Credit, P.O. Box 5215, Carol Stream, IL 60197-5215 |
| 519685957 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 12 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 12 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:08 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519685915 | + | Email/Text: backoffice@affirm.com | Sep 12 2022 20:39:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519685916 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Sep 12 2022 20:39:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 519685917 | + | Email/PDF: bncnotices@becket-lee.com | Sep 12 2022 20:40:21 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519685918 | + | Email/Text: bk@avant.com | Sep 12 2022 20:39:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 519685919 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 12 2022 20:38:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519685920 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 12 2022 20:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519685922 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2022 20:40:19 | Capital One, Attn: Bankruptcy, P.O. Box 30285, |

Case 22-16571-ABA    Doc 16    Filed 09/14/22    Entered 09/15/22 00:12:33    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2022 | Form ID: 132 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 519694490 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 12 2022 20:40:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519685924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2022 20:40:22 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519685925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2022 20:51:01 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519685926 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2022 20:39:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519690357 | | Email/Text: mrdiscen@discover.com | Sep 12 2022 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519685927 | + | Email/Text: mrdiscen@discover.com | Sep 12 2022 20:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519685929 | + | Email/PDF: cbp@onemainfinancial.com | Sep 12 2022 20:40:18 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519685923 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2022 20:40:32 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519685931 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 12 2022 20:38:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519689455 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2022 20:40:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519685932 | + | Email/Text: Documentfiling@lciinc.com | Sep 12 2022 20:38:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519685933 | + | Email/Text: Documentfiling@lciinc.com | Sep 12 2022 20:38:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 519685934 | ^ | MEBN | Sep 12 2022 20:36:12 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 519702112 | + | Email/Text: BKNotice@ldvlaw.com | Sep 12 2022 20:39:00 | Lyons Doughty & Veldhuis, 136 Gaither Dr., Ste 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 519685935 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 12 2022 20:39:00 | Marcus by Goldman Sachs, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519685937 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2022 20:39:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519685938 | + | Email/PDF: pa_dc_claims@navient.com | Sep 12 2022 20:40:08 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519685939 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 12 2022 20:39:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 519690233 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 12 2022 20:39:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519685940 | + | Email/Text: netcreditbnc@enova.com | Sep 12 2022 20:39:40 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519685921 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 12 2022 20:38:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519685943 | | Email/Text: bankruptcy@springoakscapital.com | Sep 12 2022 20:38:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519685951 | | Email/Text: bankruptcy@sunbit.com | Sep 12 2022 20:38:00 | Tab/sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 519685942 | + | Email/PDF: SoFiBKNotifications@resurgent.com | | |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 12 2022 20:40:20 | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 519685944 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:07 | Syncb/Paypalsmartconn, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519686344 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519685945 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:07 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519702110 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:50:49 | Synchrony Bank/Gap, 170 Election Road, Ste 125, Draper, UT 84020-6425 |
| 519685946 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:36 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519685947 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:33 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519685948 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:33 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519685949 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:19 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519685950 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 20:40:19 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519685952 | + | Email/Text: bncmail@w-legal.com | Sep 12 2022 20:39:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519685953 | + | Email/Text: bankruptcy@bbandt.com | Sep 12 2022 20:39:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 85092, Richmond, VA 23286-0001 |
| 519685954 | | Email/Text: bknotice@upgrade.com | Sep 12 2022 20:38:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 519686904 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 12 2022 20:40:06 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519685955 | + | Email/Text: LCI@upstart.com | Sep 12 2022 20:39:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519685956 | + | Email/Text: vci.bkcy@vwcredit.com | Sep 12 2022 20:39:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519692351 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022　　　　　　　　　　Signature:　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad J. Sadek | on behalf of Joint Debtor Faith M Eckert bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Brad J. Sadek | on behalf of Debtor Aneudy Valerio bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6