Certificate Number: 03088-NJ-DE-036858840

Bankruptcy Case Number: 22-16571



03088-NJ-DE-036858840

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2022, at 11:03 o'clock PM CDT, Aneudy Valerio completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 26, 2022            By:    /s/Dennis Nichols for Doug Tonne

Name:  Doug Tonne

Title:   Counselor