Certificate Number: 03088-NJ-DE-036856419

Bankruptcy Case Number: 22-16571



03088-NJ-DE-036856419

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 25, 2022</u>, at <u>11:03</u> o'clock <u>PM CDT</u>, <u>Faith M Eckert</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>September 25, 2022</u>           By:   <u>/s/Doug Tonne</u>

                                         Name:   <u>Doug Tonne</u>

                                         Title:   <u>Counselor</u>