Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16571−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Aneudy Valerio
135 E. Rosedale Avenue
Northfield, NJ 08225

Faith M Eckert
aka Faith Marie Eckert
135 E. Rosedale Avenue
Northfield, NJ 08225

Social Security No.:
xxx−xx−1897

xxx−xx−1478

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 15, 2022.

Dated: December 15, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 22-16571-ABA
Aneudy Valerio                                                                                      Chapter 13
Faith M Eckert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5
Date Rcvd: Dec 15, 2022      Form ID: plncf13      Total Noticed: 74

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aneudy Valerio, Faith M Eckert, 135 E. Rosedale Avenue, Northfield, NJ 08225-2441 |
| 519685928 | | Goldman Sachs And Co, Goldman Sachs Bank Usa, Philadelphia, PA 19176 |
| 519702111 | + | Law Offices of Frederic Weinberg &, Assoc, 1200 Laurel Oak Rd., Ste 104, Voorhees, NJ 08043-4317 |
| 519685936 | + | Meridian Bank, 9 Old Lincoln Hwy, Malvern, PA 19355-2551 |
| 519702114 | + | Roger Anthony & Melodie Crosby, 225 W. Leeds Avenue Unit 2, Pleasantville, NJ 08232-1265 |
| 519685941 | + | SBA Loan, 2 North 20th Street, Ste 320, Birmingham, AL 35203-4002 |
| 519702113 | + | Selip & Stylianou LLP, 10 Forest Avenue, PO Box 914, Paramus, NJ 07653-0914 |
| 519702109 | + | US Dept. HUD, 100 East Penn Square, Philadelphia, PA 19107-3380 |
| 519702115 | + | Volkswagon Credit, P.O. Box 5215, Carol Stream, IL 60197-5215 |
| 519685957 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2022 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519685915 | + | Email/Text: backoffice@affirm.com | Dec 15 2022 21:05:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519766640 | + | Email/PDF: pa_dc_ed@navient.com | Dec 15 2022 21:07:33 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519685916 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Dec 15 2022 21:04:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 519717868 | | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 21:07:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519685917 | + | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 21:17:52 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519685918 | + | Email/Text: bk@avant.com | Dec 15 2022 21:04:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 519685919 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 15 2022 21:03:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519702702 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 15 2022 21:03:00 | Bank of America, N.A., PO Box 673033, Dallas, |

Case 22-16571-ABA   Doc 27   Filed 12/17/22   Entered 12/18/22 00:16:03   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 74 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | TX 75267-3033 |
| 519685920 | + Email/Text: BarclaysBankDelaware@tsico.com | Dec 15 2022 21:04:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519730519 | Email/Text: BKelectronicnotices@cenlar.com | Dec 15 2022 21:04:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519685922 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2022 21:07:32 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519694490 | + Email/PDF: ebn_ais@aisinfo.com | Dec 15 2022 21:07:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519685924 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 21:07:27 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519685925 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 21:07:26 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519685926 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 15 2022 21:04:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519690357 | Email/Text: mrdiscen@discover.com | Dec 15 2022 21:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519685927 | + Email/Text: mrdiscen@discover.com | Dec 15 2022 21:03:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519685929 | + Email/PDF: cbp@onemainfinancial.com | Dec 15 2022 21:07:19 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519685923 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 15 2022 21:07:31 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519702822 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 15 2022 21:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519685931 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 15 2022 21:03:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519689455 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 21:07:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519685932 | + Email/Text: Documentfiling@lciinc.com | Dec 15 2022 21:03:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519685933 | + Email/Text: Documentfiling@lciinc.com | Dec 15 2022 21:03:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 519741539 | + Email/Text: Documentfiling@lciinc.com | Dec 15 2022 21:03:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519685934 | ^ MEBN | Dec 15 2022 21:00:45 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 519702112 | + Email/Text: BKNotice@ldvlaw.com | Dec 15 2022 21:04:00 | Lyons Doughty & Veldhuis, 136 Gaither Dr., Ste 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 519685935 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 15 2022 21:04:00 | Marcus by Goldman Sachs, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519685937 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 15 2022 21:04:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519743882 | Email/Text: nsm_bk_notices@mrcooper.com | Dec 15 2022 21:04:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 519685938 | + Email/PDF: pa_dc_claims@navient.com | Dec 15 2022 21:07:33 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |

Case 22-16571-ABA    Doc 27    Filed 12/17/22    Entered 12/18/22 00:16:03    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 74 |

| Recipient ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519685939 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 15 2022 21:05:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 519690233 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 15 2022 21:05:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519685940 | + | Email/Text: netcreditbnc@enova.com | Dec 15 2022 21:04:50 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519685921 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2022 21:03:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519736845 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2022 21:03:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519715487 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2022 21:07:15 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519739936 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2022 21:07:34 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519739587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2022 21:07:34 | Portfolio Recovery Associates, LLC, c/o Frontier Airlines, POB 41067, Norfolk VA 23541 |
| 519739292 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2022 21:07:36 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519706850 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2022 21:04:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519685943 | | Email/Text: bankruptcy@springoakscapital.com | Dec 15 2022 21:03:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519685951 | | Email/Text: bankruptcy@sunbit.com | Dec 15 2022 21:03:00 | Tab/sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 519685942 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Dec 15 2022 21:07:32 | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 519747617 | | Email/Text: bankruptcy@springoakscapital.com | Dec 15 2022 21:03:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519685944 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:32 | Syncb/Paypalsmartconn, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519741867 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519686344 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519685945 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:32 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519702110 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:23 | Synchrony Bank/Gap, 170 Election Road, Ste 125, Draper, UT 84020-6425 |
| 519685946 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:32 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519685947 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:23 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519685948 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:32 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519685949 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:12 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519685950 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:21 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 22-16571-ABA    Doc 27    Filed 12/17/22    Entered 12/18/22 00:16:03    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 74 |

| 519685952 | + Email/Text: bncmail@w-legal.com | Dec 15 2022 21:04:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
|---|---|---|---|
| 519685953 | + Email/Text: bankruptcy@bbandt.com | Dec 15 2022 21:04:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 85092, Richmond, VA 23286-0001 |
| 519685954 | Email/Text: bknotice@upgrade.com | Dec 15 2022 21:03:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 519686904 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 15 2022 21:07:30 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519685955 | + Email/Text: LCI@upstart.com | Dec 15 2022 21:04:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519732251 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Dec 15 2022 21:04:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 519685956 | + Email/Text: vci.bkcy@vwcredit.com | Dec 15 2022 21:04:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519705091 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519707701 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519692351 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 519685930 | ##+ | HUD, 100 East Penn Square, Philadelphia, PA 19107-3324 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2022      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad J. Sadek | on behalf of Joint Debtor Faith M Eckert bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Brad J. Sadek | on behalf of Debtor Aneudy Valerio bradsadek@gmail.com |

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 74 |

bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Denise E. Carlon
on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Phillip Andrew Raymond
on behalf of Creditor Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com mccallaecf@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6