Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-16571 (ABA)

Aneudy Valerio and Faith M. Eckert  
135 East Rosedale Avenue  
Northfield, NJ  08225

Monthly Payment: $930.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10/24/2022 | $310.00 | 11/02/2022 | $310.00 | 11/21/2022 | $310.00 | 12/30/2022 | $930.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ANEUDY VALERIO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $830.00 | $0.00 | $830.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,046.16 | $0.00 | $2,046.16 | $0.00 |
| 2 | AMERIHOME MORTGAGE COMPANY, LLC | 24 | $380.06 | $0.00 | $380.06 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $2,008.09 | $0.00 | $2,008.09 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $1,860.21 | $0.00 | $1,860.21 | $0.00 |
| 5 | SYNCHRONY BANK | 33 | $5,337.45 | $0.00 | $5,337.45 | $0.00 |
| 6 | BANK OF AMERICA, N.A. | 33 | $4,286.65 | $0.00 | $4,286.65 | $0.00 |
| 7 | BARCLAYS BANK DELAWARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK USA, N.A. | 33 | $1,246.37 | $0.00 | $1,246.37 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $2,694.43 | $0.00 | $2,694.43 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,656.72 | $0.00 | $3,656.72 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $926.20 | $0.00 | $926.20 | $0.00 |
| 12 | COMENITY BANK/EXPRESS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DISCOVER BANK | 33 | $6,137.60 | $0.00 | $6,137.60 | $0.00 |
| 14 | AIDVANTAGE | 33 | $40,827.79 | $0.00 | $40,827.79 | $0.00 |
| 15 | HUD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | HOUSEHOLD FINANCE CO/ONEMAIN FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | KOHLS/CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LENDINGCLUB BANK, N.A. | 33 | $206.14 | $0.00 | $206.14 | $0.00 |
| 19 | LVNV FUNDING, LLC | 33 | $1,424.69 | $0.00 | $1,424.69 | $0.00 |
| 20 | LENDINGCLUB BANK, N.A. | 33 | $6,088.01 | $0.00 | $6,088.01 | $0.00 |
| 21 | MARCUS BY GOLDMAN SACHS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | MERIDIAN BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | NATIONSTAR MORTGAGE, LLC | 24 | $1,177.65 | $0.00 | $1,177.65 | $0.00 |
| 24 | NAVIENT SOLUTIONS INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | NAVY FEDERAL CREDIT UNION | 33 | $3,856.26 | $0.00 | $3,856.26 | $0.00 |
| 26 | NETCREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | PNC BANK, N.A. | 33 | $4,182.88 | $0.00 | $4,182.88 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | SOFI LENDING CORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SPRING OAKS CAPITAL SPV, LLC | 33 | $1,831.52 | $0.00 | $1,831.52 | $0.00 |
| 30 | SYNCB/PAYPALSMARTCONN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SYNCHRONY BANK/AMAZON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SYNCHRONY BANK/JCPENNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SYNCHRONY BANK/LOWES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SYNCHRONY BANK | 33 | $4,114.13 | $0.00 | $4,114.13 | $0.00 |
| 35 | SYNCHRONY BANK/TJX | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | SYNCHRONY BANK | 33 | $3,956.38 | $0.00 | $3,956.38 | $0.00 |
| 38 | TARGET | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | TRUIST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,304.35 | $0.00 | $4,304.35 | $0.00 |
| 42 | UPSTART NETWORK, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | VW CREDIT LEASING, LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | WELLS FARGO/FURNITURE MARKETING GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | BRAD J. SADEK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | FAITH M. ECKERT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | LVNV FUNDING, LLC | 33 | $5,217.53 | $0.00 | $5,217.53 | $0.00 |
| 50 | DISCOVER BANK | 33 | $3,898.34 | $0.00 | $3,898.34 | $0.00 |
| 51 | NAVY FEDERAL CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | NAVY FEDERAL CREDIT UNION | 33 | $15,109.06 | $0.00 | $15,109.06 | $0.00 |
| 53 | U.S. SMALL BUSINESS ADMINISTRATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | JPMORGAN CHASE BANK, N.A. | 33 | $4,346.08 | $0.00 | $4,346.08 | $0.00 |
| 55 | QUANTUM3 GROUP, LLC | 33 | $10,143.21 | $0.00 | $10,143.21 | $0.00 |
| 56 | JPMORGAN CHASE BANK, N.A. | 33 | $6,288.27 | $0.00 | $6,288.27 | $0.00 |
| 57 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,662.24 | $0.00 | $2,662.24 | $0.00 |
| 58 | LENDINGCLUB BANK, N.A. | 33 | $5,291.00 | $0.00 | $5,291.00 | $0.00 |
| 59 | SPRING OAKS CAPITAL SPV, LLC | 33 | $13,685.45 | $0.00 | $13,685.45 | $0.00 |
| 60 | SPRING OAKS CAPITAL SPV, LLC | 33 | $12,475.46 | $0.00 | $12,475.46 | $0.00 |
| 61 | SPRING OAKS CAPITAL SPV, LLC | 33 | $1,059.62 | $0.00 | $1,059.62 | $0.00 |
| 62 | SPRING OAKS CAPITAL SPV, LLC | 33 | $2,401.82 | $0.00 | $2,401.82 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2022 | 3.00 | $0.00 |
| 12/01/2022 | Paid to Date | $930.00 |
| 01/01/2023 | 56.00 | $1,196.00 |
| 09/01/2027 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-16571 (ABA)

| | |
|---|---|
| Total payments received this period: | $1,860.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,700.04 |
| Arrearages: | ($930.00) |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**