UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                       **CASE NO.: 22-16571/ABA**
                                                                   **CHAPTER 13**

**Aneudy Valerio,**
    **Debtor.**

**Faith M Eckert,**
    **Joint Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Select Portfolio Servicing Inc ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Authorized Agent for Secured Creditor
                                       130 Clinton Rd #202
                                       Fairfield, NJ 07004
                                       Telephone: 470-321-7112

                                       By: /s/Kimberly Wilson
                                             Kimberly Wilson
                                             Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on April 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANEUDY VALERIO
135 E. ROSEDALE AVENUE
NORTHFIELD, NJ 08225

FAITH M ECKERT
135 E. ROSEDALE AVENUE
NORTHFIELD, NJ 08225

And via electronic mail to:

SADEK AND COOPER
1500 JFK BOULEVARD, STE 220
PHILADELPHIA, PA 19102

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                                  By: /s/ Brianna Carr