**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE:<br>Aneudy Valerio,<br>   and,<br>Faith M Eckert,<br>   Debtor.<br>_____/ | CASE NO.: 22-16571-ABA<br>CHAPTER 13 |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Select Portfolio Servicing, Inc.,<br>Name of Transferee | Nationstar Mortgage LLC<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Court Claim # (if known): 32<br>Amount of Claim: $63,767.05<br>Date Claim Filed: 10/24/2022 |
| Phone: 1-800-258-8602<br>Last Four Digits of Acct #: 0354 | Phone: 877-343-5602<br>Last Four Digits of Acct #: 6514 |

Name and Address where Transferee payments should be sent (if different from above):
Select Portfolio Servicing, Inc.
ATTN: Remittance
P.O. Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 0354

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sindi Mncina                        Date: 4/19/2023

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Aneudy Valerio
135 E. Rosedale Avenue
Northfield, NJ 08225

Faith M Eckert
135 E. Rosedale Avenue
Northfield, NJ 08225

And via electronic mail to:

Brad J. Sadek
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/  Jessica Norton

Email: jnorton@raslg.com