Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16571−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Aneudy Valerio
135 E. Rosedale Avenue
Northfield, NJ 08225

Faith M Eckert
aka Faith Marie Eckert
135 E. Rosedale Avenue
Northfield, NJ 08225

Social Security No.:
xxx−xx−1897

xxx−xx−1478

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 16, 2024.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 16, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16571-ABA
Aneudy Valerio  Chapter 13
Faith M Eckert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5
Date Rcvd: Feb 16, 2024      Form ID: 148      Total Noticed: 78

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aneudy Valerio, Faith M Eckert, 135 E. Rosedale Avenue, Northfield, NJ 08225-2441 |
| 519685928 | | Goldman Sachs And Co, Goldman Sachs Bank Usa, Philadelphia, PA 19176 |
| 519685930 | + | HUD, 100 East Penn Square, Philadelphia, PA 19107-3324 |
| 519702111 | + | Law Offices of Frederic Weinberg &, Assoc, 1200 Laurel Oak Rd., Ste 104, Voorhees, NJ 08043-4317 |
| 519685936 | + | Meridian Bank, 9 Old Lincoln Hwy, Malvern, PA 19355-2551 |
| 519702114 | + | Roger Anthony & Melodie Crosby, 225 W. Leeds Avenue Unit 2, Pleasantville, NJ 08232-1265 |
| 519685941 | + | SBA Loan, 2 North 20th Street, Ste 320, Birmingham, AL 35203-4002 |
| 519702109 | + | US Dept. HUD, 100 East Penn Square, Philadelphia, PA 19107-3380 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 16 2024 20:52:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | EDI: PRA.COM | Feb 17 2024 01:41:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519685915 | + | Email/Text: backoffice@affirm.com | Feb 16 2024 20:53:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519766640 | + | EDI: MAXMSAIDV | Feb 17 2024 01:41:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519685916 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Feb 16 2024 20:52:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 519717868 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 21:01:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519685917 | + | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 21:12:16 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519685918 | + | Email/Text: bk@avant.com | Feb 16 2024 20:53:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 519685919 | + | EDI: BANKAMER | Feb 17 2024 01:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |

Case 22-16571-ABA    Doc 42    Filed 02/18/24    Entered 02/19/24 00:15:33    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 148 | Total Noticed: 78 |

| | | | |
|---|---|---|---|
| 519702702 | EDI: BANKAMER | Feb 17 2024 01:40:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519685920 | + EDI: TSYS2 | Feb 17 2024 01:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519730519 | Email/Text: BKelectronicnotices@cenlar.com | Feb 16 2024 20:52:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519685922 | + EDI: CAPITALONE.COM | Feb 17 2024 01:41:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519694490 | + EDI: AIS.COM | Feb 17 2024 01:41:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519685924 | + EDI: CITICORP | Feb 17 2024 01:41:00 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519685925 | + EDI: CITICORP | Feb 17 2024 01:41:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519685926 | + EDI: WFNNB.COM | Feb 17 2024 01:41:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519690357 | EDI: DISCOVER | Feb 17 2024 01:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519685927 | + EDI: DISCOVER | Feb 17 2024 01:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519685929 | + EDI: AGFINANCE.COM | Feb 17 2024 01:40:00 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519685923 | EDI: JPMORGANCHASE | Feb 17 2024 01:41:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519702822 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 16 2024 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519685931 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2024 20:52:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519689455 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 21:00:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519685932 | + EDI: LENDNGCLUB | Feb 17 2024 01:41:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519685933 | + EDI: LENDNGCLUB | Feb 17 2024 01:41:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519741539 | + EDI: LENDNGCLUB | Feb 17 2024 01:41:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519685934 | ^ MEBN | Feb 16 2024 20:50:35 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 519702112 | + Email/Text: BKNotice@ldvlaw.com | Feb 16 2024 20:52:00 | Lyons Doughty & Veldhuis, 136 Gaither Dr., Ste 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 519685935 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 16 2024 20:52:00 | Marcus by Goldman Sachs, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519685937 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 20:52:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519743882 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 20:52:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 519685938 | + EDI: NAVIENTFKASMSERV.COM | | |

Case 22-16571-ABA    Doc 42    Filed 02/18/24    Entered 02/19/24 00:15:33    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 148 | Total Noticed: 78 |

| | | | |
|---|---|---|---|
| | | Feb 17 2024 01:41:00 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519685939 | + EDI: NFCU.COM | Feb 17 2024 01:41:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 519690233 | + EDI: NFCU.COM | Feb 17 2024 01:41:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519685940 | + Email/Text: netcreditbnc@enova.com | Feb 16 2024 20:53:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519685921 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2024 20:52:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519736845 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2024 20:52:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519715487 | EDI: PRA.COM | Feb 17 2024 01:41:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519739936 | EDI: PRA.COM | Feb 17 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519739587 | EDI: PRA.COM | Feb 17 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Frontier Airlines, POB 41067, Norfolk VA 23541 |
| 519739292 | EDI: PRA.COM | Feb 17 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519706850 | EDI: Q3G.COM | Feb 17 2024 01:41:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519702113 | Email/Text: EBN@seliplaw.com | Feb 16 2024 20:52:00 | Selip & Stylianou LLP, 10 Forest Avenue, PO Box 914, Paramus, NJ 07653 |
| 519685943 | Email/Text: bankruptcy@springoakscapital.com | Feb 16 2024 20:52:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519685951 | Email/Text: bankruptcy@sunbit.com | Feb 16 2024 20:52:00 | Tab/sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 519896215 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 16 2024 20:53:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519896214 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 16 2024 20:53:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519685942 | + Email/PDF: SoFiBKNotifications@resurgent.com | Feb 16 2024 21:12:00 | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 519747617 | Email/Text: bankruptcy@springoakscapital.com | Feb 16 2024 20:52:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 519685944 | + EDI: SYNC | Feb 17 2024 01:40:00 | Syncb/Paypalsmartconn, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519686344 | + EDI: AIS.COM | Feb 17 2024 01:41:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519685945 | + EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519702110 | + EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony Bank/Gap, 170 Election Road, Ste 125, Draper, UT 84020-6425 |
| 519685946 | + EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519685947 | + EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 22-16571-ABA   Doc 42   Filed 02/18/24   Entered 02/19/24 00:15:33   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 148 | Total Noticed: 78 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519685948 | + | EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519685949 | + | EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519685950 | + | EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519685952 | + | EDI: WTRRNBANK.COM | Feb 17 2024 01:41:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519685953 | + | Email/Text: bankruptcy@bbandt.com | Feb 16 2024 20:53:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 85092, Richmond, VA 23286-0001 |
| 519685954 |  | Email/Text: bknotice@upgrade.com | Feb 16 2024 20:52:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 519686904 |  | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 16 2024 21:00:30 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519685955 | + | EDI: LCIUPSTART | Feb 17 2024 01:41:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519732251 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 16 2024 20:52:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 519685956 | + | Email/Text: vci.bkcy@vwcredit.com | Feb 16 2024 20:53:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |
| 519702115 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 16 2024 20:52:00 | Volkswagon Credit, P.O. Box 5215, Carol Stream, IL 60197-5215 |
| 519685957 | + | EDI: WFFC2 | Feb 17 2024 01:41:00 | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 70

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519705091 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519707701 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519692351 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 519741867 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brad J. Sadek | on behalf of Joint Debtor Faith M Eckert bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Brad J. Sadek | on behalf of Debtor Aneudy Valerio bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Select Portfolio Servicing Inc. kimwilson@raslg.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor Select Portfolio Servicing Inc. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9