Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16571−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Aneudy Valerio | Faith M Eckert |
| 135 E. Rosedale Avenue | aka Faith Marie Eckert |
| Northfield, NJ 08225 | 135 E. Rosedale Avenue |
| | Northfield, NJ 08225 |

Social Security No.:
  xxx−xx−1897                                  xxx−xx−1478

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 28, 2024</u>                      <u>Andrew B. Altenburg Jr.</u>
                                                          Judge, United States Bankruptcy Court